UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Saleh H. M. Munassar

                              Plaintiff,                       <u>ORDER</u>
                                                                 1:21-CV-1002-GRJ

    v.

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
-------------------------------------------------------

GARY R. JONES, United States Magistrate Judge:

      Pending before the Court is the Stipulation, (Docket No. 39), filed by the parties stipulating that the Court should remand the case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings including the opportunity for a new hearing.

      Accordingly, it is **ORDERED**:

      1.    This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings including the opportunity for a new hearing.

      2.    The Clerk must **TERMINATE** Plaintiff's Motion for Judgment on the Pleadings (Docket No. 26) as a pending motion, enter final judgment in

favor of Plaintiff and then close the file.


Dated: August 9, 2022                     *s/ Gary R. Jones*
                                          GARY R. JONES
                                          United States Magistrate Judge