**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Saleh H. M. Munassar,

                          Plaintiff,                      21 **CIVIL** 1002 (GRJ)

     -v-                                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 9, 2022, that final judgment is entered in favor of the plaintiff and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing.

**Dated:**  New York, New York
            August 12, 2022

                                                               **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                      **BY:**         *J. Saviñon*

                                                                    **Deputy Clerk**